UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK REGAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAMS COMMUNICATIONS, L.L.C., f/k/a WILLIAMS COMMUNICATIONS, INC., f/k/a VYVYX, INC., d/b/a VYVX, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No.  S-01-0779 WBS JFM<br>Case No.  S-01-0766 WBS JFM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON RENEWED MOTION FOR RECONSIDERATION OF MEMORANDUM AND ORDER DENYING CLASS CERTIFICATION** |
| DIRK REGAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | |

ORDER

- 1 -

<u>ORDER</u>

It is hereby ordered that the May 2, 2005 hearing regarding Plaintiffs' Renewed Motion for Reconsideration of Memorandum and Order Denying Class Certification is continued to June 13, 2005 at 1:30 pm.

DATED: April 29, 2005

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE