Craig C. Corbitt (State Bar No. 83251)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

John B. Massopust
Daniel J. Millea
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLENN L. BOOM, for themselves and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QWEST COMMUNICATIONS INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. S-01-0766 WBS JFM <br> Case No. S-01-0779 WBS JFM <br><br> **JOINT STIPULATION TO CONTINUE DECEMBER 3, 2007 STATUS CONFERENCE AND** ~~**PROPOSED**~~ **ORDER** |
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, and DONALD M. FISK, for themselves and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAMS COMMUNICATIONS, L.L.C., et al., <br><br> Defendants. | |

COME NOW, Plaintiffs and Defendants and jointly request that the Court continue the December 3, 2007 Status Conference in these matters. In support of said stipulated request, the parties state as follows:

1. By Order of this Court dated July 26, 2007 there is a Status Conference in this matter set for December 3, 2007.

2. As previously set forth in Plaintiffs' and Defendants' previous reports to this Court, the parties herein are in the process of attempting to finalize settlements that would dispose of the claims asserted in this action. The settlements would entail 48 separate agreements.

3. Counsel are in the process of preparing documentation for each of the settlements, developing a program for providing notice, by mail and by publication, to class members, creating forms by which class members can submit claims for settlement benefits, working out procedures for implementation of a claims process, and obtaining final corporate approval for the agreements.

4. The parties intend to pursue judicial approval of all settlements in the United States District Court for the District of Massachusetts in the pending matter styled as *Kingsborough v. Sprint Communications Co., L.P., et al.,* Case No. 07-CV-10651, and have so informed the *Kingsborough* court.

5. The *Kingsborough* court held hearings on September 12, 2007, October 11, 2007 and November 8, 2007, to discuss the settlements and the procedures by which they would be submitted for approval. The court has set another hearing for November 27, 2007.

6. Provided the settlement agreements are ultimately executed and approved and settlement classes are certified, the parties intend to dismiss all pending matters involving claims subject to the settlement agreements, including the matters pending before this Court.

7. In the interests of judicial efficiency, the parties hereby request that the December 3, 2007 Status Conference be moved to an available date late in the first quarter of 2008, at which time the parties will provide a further status report concerning the proceedings in *Kingsborough*.

WHEREFORE, the parties jointly request that the Court continue the Status Conference as noted above.

**DATED**: November 16, 2007                     Respectfully submitted,

                                               **ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

                                               /s/ Daniel J. Millea
John B. Massopust
Daniel J. Millea
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

                                                          And

Craig C. Corbitt (State Bar No. 83251)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

**OF COUNSEL:**

Nels Ackerson
**ACKERSON KAUFFMAN FEX, P.C.**
1250 H Street, N.W.
Suite 850
Washington, DC 20005-3952
Telephone: (202) 833-8833
Facsimile: (202) 833-8831

Henry J. Price
**PRICE WAICUKAUSKI & RILEY, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Facsimile: (317) 633-8797

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

1  Roger C. Johnson
2  **KOONZ, MCKENNEY, JOHNSON, DEPAOLIS & LIGHTFOOT, L.L.P.**
3  2001 Pennsylvania Ave., N.W.
   Suite 450
4  Washington, DC 20006
   Telephone: (202) 659-5500
5  Facsimile: (202) 785-3719

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

DATED:  November 16, 2007

**CORR, CRONIN, MICHELSON,
BAUMGARDNER & PREECE, LLP**

/s/ Emily Brubaker (as authorized on 11/16/07)
Emily Brubaker
1001 Fourth Avenue
Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625-8600
Facsimile: (206) 625-0900

-- AND --

John F. Daum
**O'MELVENY & MYERS, LLP**
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**ATTORNEYS FOR DEFENDANTS
QWEST COMMUNICATIONS, ET AL.**

DATED:  November 16, 2007

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

<u>/s/ J. Kevin Hayes (as authorized on 11/16/07)</u>
J. Kevin Hayes
Pamela S. Anderson
320 South Boston Avenue
Suite 400
Tulsa, OK 74103-3708
Telephone: (918) 594-0400
Facsimile: (918) 594-0505

-- AND --


**ERIKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.**

Charles Painter
Timothy P. Dailey
100 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 483-5181
Facsimile: (916) 483-7558

**ATTORNEYS FOR DEFENDANTS
WILLIAMS COMMUNICATIONS, ET AL.**

**ORDER**

The Court, having reviewed the parties' stipulation concerning the December 3, 2007 Status Conference, and for the reasons stated therein, finds that the relief requested by the parties should be granted.

IS THEREFORE ORDERED that the December 3, 2007 Status Conference is continued until **March 24, 2008 at 2:00 p.m**., and the parties are ordered to file a joint status report no later than 14 calendar days prior to the hearing.

DATED: November 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE