Craig C. Corbitt (State Bar No. 83251)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

John B. Massopust
Daniel J. Millea
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLENN L. BOOM, for themselves and on behalf of all others similarly situated, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. S-01-0766 WBS JFM<br>Case No. S-01-0779 WBS JFM<br><br><br><br>**STIPULATION AND ORDER TO CONTINUE APRIL 7, 2008 STATUS CONFERENCE** |
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, and DONALD M. FISK, for themselves and on behalf of all others similarly situated, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>WILLIAMS COMMUNICATIONS, L.L.C., et al.,<br><br>    Defendants. | |

1

STIPULATION AND ORDER TO CONTINUE  STATUS CONFERENCE

COME NOW, Plaintiffs and Defendants and jointly request that the Court continue the April 7, 2008 Status Conference in these matters.  In support of said stipulated request, the parties state as follows:

1. By Minute Order of this Court dated March 3, 2008 there is a Status Conference in this matter set for April 7, 2008.

2. As previously set forth in Plaintiffs' and Defendants' previous reports to this Court, the parties herein are in the process of attempting to finalize settlements that would dispose of the claims asserted in this action. The settlements would entail 48 separate agreements.

3. Counsel are in the process of preparing documentation for each of the settlements, developing a program for providing notice, by mail and by publication, to class members, creating forms by which class members can submit claims for settlement benefits, working out procedures for implementation of a claims process, and obtaining final corporate approval for the agreements.

4. The parties intend to pursue judicial approval of all settlements in the United States District Court for the District of Massachusetts in the pending matter styled as *Kingsborough v. Sprint Communications Co., L.P., et al.,* Case No. 07-CV-10651, and have so informed the *Kingsborough* court.

5. The *Kingsborough* court held hearings on September 12, 2007, October 11, 2007, November 8, 2007, November 27, 2007, December 11, 2007, January 31, 2008, February 1, 2008 and February 28, 2008, to discuss the settlements and the procedures by which they would be submitted for approval.  The *Kingsborough* court has now set a preliminary fairness hearing for April 16, 2008, at which time the parties intend to present numerous settlement agreements to the court for preliminary approval.

6. Provided the settlement agreements are ultimately executed and approved and settlement classes are certified, the parties intend to dismiss all pending matters involving claims subject to the settlement agreements, including the matters pending before this Court.

7. In the interests of judicial efficiency, the parties hereby request that the April 7, 2008 Status Conference be moved to an available date in the third quarter of 2008, at which time the parties will provide a further status report concerning the proceedings in *Kingsborough*.

WHEREFORE, the parties jointly request that the Court continue the Status Conference as noted above.

**DATED**: March 24, 2008                    Respectfully submitted,

**ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP**

/s/ Daniel J. Millea
John B. Massopust
Daniel J. Millea
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

And

Craig C. Corbitt (State Bar No. 83251)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

**OF COUNSEL:**

Nels Ackerson
**ACKERSON KAUFFMAN FEX, P.C.**
1250 H Street, N.W.
Suite 850
Washington, DC 20005-3952
Telephone: (202) 833-8833
Facsimile: (202) 833-8831

Henry J. Price
**PRICE WAICUKAUSKI & RILEY, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Facsimile: (317) 633-8797

Roger C. Johnson
**KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT, L.L.P.**
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, DC 20006
Telephone: (202) 659-5500
Facsimile: (202) 785-3719

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

| | |
|---|---|
| DATED: March 21, 2008 | **CORR, CRONIN, MICHELSON, BAUMGARDNER & PREECE, LLP** |
| | <u>/s/ Emily Brubaker (as authorized on 3/21/08)</u> |
| | Emily Brubaker |
| | 1001 Fourth Avenue |
| | Suite 3900 |
| | Seattle, WA 98154-1051 |
| | Telephone: (206) 625-8600 |
| | Facsimile: (206) 625-0900 |
| | |
| | -- AND -- |
| | |
| | John F. Daum |
| | **O'MELVENY & MYERS, LLP** |
| | 400 South Hope Street |
| | Los Angeles, CA 90071-2899 |
| | Telephone: (213) 430-6000 |
| | Facsimile: (213) 430-6407 |
| | |
| | **ATTORNEYS FOR DEFENDANTS QWEST COMMUNICATIONS, ET AL.** |

*Zelle, Hofmann, Voelbel, Mason & Gette LLP*
*500 Washington Avenue South – Suite 4000*
*Minneapolis, Minnesota, 55415*

| | |
|---|---|
| DATED:  March 24, 2008 | **HALL, ESTILL, HARDWICK,**<br>**GABLE, GOLDEN & NELSON, P.C.** |
| | <u>/s/ J. Kevin Hayes (as authorized on 3/24/08)</u><br>J. Kevin Hayes<br>Pamela S. Anderson<br>320 South Boston Avenue<br>Suite 400<br>Tulsa, OK 74103-3708<br>Telephone: (918) 594-0400<br>Facsimile: (918) 594-0505 |
| | -- AND -- |
| | **ERIKSEN, ARBUTHNOT, KILDUFF,**<br>**DAY & LINDSTROM, INC.** |
| | Charles Painter<br>Timothy P. Dailey<br>100 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: (916) 483-5181<br>Facsimile: (916) 483-7558 |
| | **ATTORNEYS FOR DEFENDANTS**<br>**WILLIAMS COMMUNICATIONS, ET AL.** |

**ORDER**

The Court, having reviewed the parties' stipulation concerning the April 7, 2008 Status Conference, and for the reasons stated therein, finds that the relief requested by the parties should be granted.

IS THEREFORE ORDERED that the April 7, 2008 Status Conference is continued until September 8, 2008 at 2:00 p.m., and the parties are ordered to file a joint status report no later than 14 calendar days prior to the hearing.

DATED: March 27, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE