Craig C. Corbitt (State Bar No. 83251)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

John B. Massopust
Daniel J. Millea
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLENN L. BOOM, for themselves and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br>vs.<br><br>QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. S-01-0766 WBS JFM<br>Case No. S-01-0779 WBS JFM<br><br><br><br><br>**JOINT STIPULATION TO CONTINUE SEPTEMBER 8, 2008 STATUS CONFERENCE AND ~~PROPOSED~~ ORDER** |
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, and DONALD M. FISK, for themselves and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br>vs.<br><br>WILLIAMS COMMUNICATIONS, L.L.C., et al.,<br><br>Defendants. | |

COME NOW, Plaintiffs and Defendants and jointly request that the Court continue the September 8, 2008 Status Conference in these matters. In support of said stipulated request, the parties state as follows:

1. By Order of this Court dated March 27, 2008 there is a Status Conference in this matter set for September 8, 2008.

2. On July 16, 2008, the parties presented a Joint Motion for Preliminary Approval of said settlements to the United States District Court for the District of Massachusetts in the pending matter styled as *Kingsborough v. Sprint Communications Company, L.P.*, Case No. 07-CV-10651. On July 18, the *Kingsborough* court issued an Order Preliminarily Approving Class-Action Settlements, Certifying Settlement Classes, and Directing Notice. A copy of the Order is attached as Exhibit A. The court scheduled a Fairness Hearing for November 17, 2008.

3. In the interests of judicial efficiency, the parties hereby request that the Court forego further proceedings in this matter until the first quarter of 2009, at which time the parties will provide a further status report concerning the proceedings in Kingsborough.

WHEREFORE, the parties jointly request that the Court continue the Status Conference as noted above.

**DATED**: September 3, 2008                    Respectfully submitted,

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

/s/ Daniel J. Millea
John B. Massopust
Daniel J. Millea
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

-- AND --

Craig C. Corbitt (State Bar No. 83251)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

**OF COUNSEL:**

Nels Ackerson
**ACKERSON KAUFFMAN FEX, P.C.**
1250 H Street, N.W.
Suite 850
Washington, DC 20005-3952
Telephone: (202) 833-8833
Facsimile: (202) 833-8831

Henry J. Price
**PRICE WAICUKAUSKI & RILEY, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Facsimile: (317) 633-8797

Roger C. Johnson
**KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT, L.L.P.**
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, DC 20006
Telephone: (202) 659-5500
Facsimile: (202) 785-3719

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

| | |
|---|---|
| 1  DATED:  September 3, 2008 | **CORR, CRONIN, MICHELSON,** |
| 2 | **BAUMGARDNER & PREECE, LLP** |

DATED:  September 3, 2008        **CORR, CRONIN, MICHELSON,**
                                 **BAUMGARDNER & PREECE, LLP**

/s/ Emily Brubaker (as authorized on 9/3/08)
Emily Brubaker
1001 Fourth Avenue
Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625-8600
Facsimile: (206) 625-0900

-- AND --

John F. Daum
**O'MELVENY & MYERS, LLP**
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**ATTORNEYS FOR DEFENDANTS**
**QWEST COMMUNICATIONS, ET AL.**

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

1  DATED:  September 3, 2008           **HALL, ESTILL, HARDWICK,**
                                       **GABLE, GOLDEN & NELSON, P.C.**
2

3                                      /s/ J. Kevin Hayes (as authorized on 9/3/08)
                                       J. Kevin Hayes
4                                      Pamela S. Anderson
                                       320 South Boston Avenue
5                                      Suite 400
                                       Tulsa, OK 74103-3708
6                                      Telephone: (918) 594-0400
                                       Facsimile: (918) 594-0505
7

8                                      -- AND --

9

10                                     **ERIKSEN, ARBUTHNOT, KILDUFF,**
                                       **DAY & LINDSTROM, INC.**

11
                                       Charles Painter
12                                     Timothy P. Dailey
                                       100 Howe Avenue
13                                     Sacramento, CA 95825
                                       Telephone: (916) 483-5181
14                                     Facsimile: (916) 483-7558

15                                     **ATTORNEYS FOR DEFENDANTS**
                                       **WILLIAMS COMMUNICATIONS, ET AL.**
16

17

18

19

20

21

22

23

24

25

26

27

28

5

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

## **ORDER**

The Court, having reviewed the parties' stipulation concerning the September 8, 2008 Status Conference, and for the reasons stated therein, finds that the relief requested by the parties should be granted.

IS THEREFORE ORDERED that the September 8, 2008 Status Conference is continued until **January 26, 2009 at 2:00 p.m.,** and the parties are ordered to file a joint status report no later than 14 calendar days prior to the hearing.

DATED: September 4, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE