```
G:\DOCS\SHU\DSHU2\inBOX\Signed\Regan 01-766 SO.wpd
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLANN L. BOOM, for themselves and behalf of all others similarly situated, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> QWEST COMMUNICATIONS INTERNATIONAL, INC., et al., <br><br>        Defendants. <br> _____/ | NO. CIV. 01-766 WBS JFM <br><br> <u>ORDER CONTINUING STATUS CONFERENCE</u> |

----oo0oo----

Pursuant to this court's July 1, 2009 Order (Docket No. 160), the parties filed their joint status report on November 30, 2009.  The parties jointly request that the court for an extension of 60 days to explore new settlement negotiations, provided that any party may request in the interim that a scheduling order entered if there is no sufficient progress

1

1  toward settlement.
2          IT IS THEREFORE ORDERED that the December 14, 2009
3  Status Conference is continued until **February 22, 2010 at 2:00**
4  **p.m.**, and the parties are ordered to file a joint status report
5  no later than **January 29, 2010**.
6  DATED:  December 9, 2009

         _William B. Shubb_
         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE