Craig C. Corbitt (State Bar No. 83251)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

John B. Massopust
Daniel J. Millea
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, STEPHEN PHILLIP RUTHERFORD, DONALD M. FISK, AND GLENN L. BOOM, for themselves and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QWEST COMMUNICATIONS INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. S-01-0766 WBS JFM <br> Case No. S-01-0779 WBS JFM <br><br><br> **JOINT STIPULATION TO CONTINUE DECEMBER 14, 2009 STATUS CONFERENCE AND ORDER** |
| DIRK REGAN, CAROL REGAN, JACQUELYN SHELDRICK, and DONALD M. FISK, for themselves and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAMS COMMUNICATIONS, L.L.C., et al., <br><br> Defendants. | |

1
JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

COME NOW, Plaintiffs and Defendants and jointly request that the Court continue the December 14, 2009, Status Conference in these matters. In support of said stipulated request, the parties state as follows:

1. By Order of this Court dated July 1, 2009 there is a Status Conference in these matters set for December 14, 2009.

2. As set forth in Plaintiffs' and Defendants' previous reports to this Court, the parties herein have been seeking final approval of settlements that would dispose of the claims asserted in this action and others. On July 16, 2008, the parties presented a Joint Motion for Preliminary Approval of said settlements to the United States District Court for the District of Massachusetts in the pending matter styled as *Kingsborough v. Sprint Communications Company, L.P.*, Case No. 07-CV-10651. On July 18, the *Kingsborough* court issued an Order Preliminarily Approving Class-Action Settlements, Certifying Settlement Classes, and Directing Notice. The Preliminary Approval Order granted preliminary approval to, *inter alia,* a state-wide California class action settlement agreement that, if finally approved by the *Kingsborough* court, would have resolved all the claims asserted by the Plaintiffs in this case. The court scheduled a Fairness Hearing for November 17, 2008.

3. On August 8, 2008, the Claims Administrator mailed Notice of the settlements to class members. On September 22, 2008, the deadline for requesting exclusion from participation in the settlement expired.

4. The *Kingsborough* court held the Fairness Hearing on November 17, 2008. The parties and certain objectors presented argument on the Joint Motion for Final Approval of Class-Action Settlements. The court took the Motion under advisement.

5.      On April 28 and April 30, 2009, the Kingsborough court ordered counsel for the plaintiffs and defendants to submit briefing on various settlement issues, and said briefing was filed on May 12, 2009.  An objector also filed briefing on May 20, 2009.

6.      On September 10, 2009, the *Kingsborough* court issued an order dismissing the case for lack of subject matter jurisdiction.  On September 24, 2009, Plaintiffs filed a Motion to Alter or Amend Order of Dismissal and Memorandum in Support, under Fed. R. Civ. P. 59(e), seeking certain clarifications and corrections, but not challenging the finding on the issue of subject matter jurisdiction.  Counsel representing parties in *Kingsborough* who are not parties to this case have filed motions challenging the September 10, 2009 order, but no further orders have been entered on any pending motions.

7.      Plaintiffs have discussed with Defendants the possibility of negotiating a new settlement or settlements relating to the claims at issue here.  Defendants have expressed a desire to reach a settlement of the claims at issue here (as well as other claims), and the parties have agreed to resume mediation under the guidance of Professor Eric Green of Resolutions, LLC in Boston on Saturday, December 12, 2009.

8.      In order to allow the parties sufficient time to explore settlement, the parties jointly request that the Court extend the current stay for 60 days and require the filing of a Joint Status Report on or about January 29, 2010.

9.      At the time this matter was stayed pending developments in connection with the *Kingsborough* matter, Plaintiffs had filed an amended complaint in preparation for filing a new motion for class certification, which plaintiffs believe will address the concerns noted by the Court in denying Plaintiffs' original certification request and related motion for reconsideration.  The parties anticipate that if any party concludes sufficient settlement progress is not being made, that party will ask the court – on or before the date of the next

1  Status Report - to lift the stay, establish deadlines for filing establish a discovery and briefing

2  schedule for that class certification motion.

3      10.  The parties are happy to participate in a status conference on December 14, 2009

4  by telephone if a conference would be helpful to the Court at this time.

5      WHEREFORE, the parties jointly request that the Court extend the stay for a period

6  of 60 days and Order a Joint Status Report to be filed on or about January 29, 2010, with

7  leave for any party to request in the interim that the stay be lifted and a scheduling order be

8  entered if sufficient progress toward settlement is not being made.

**DATED**: December 9, 2009      Respectfully submitted,

**ZELLE HOFMANN VOELBEL
& MASON LLP**

/s/ Dan Millea
John B. Massopust
Dan Millea
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone:  (612) 339-2020
Facsimile:  (612) 336-9100

-- AND --

Craig C. Corbitt (State Bar No. 83251)
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770

**OF COUNSEL:**

Nels Ackerson
**ACKERSON KAUFFMAN FEX, P.C.**
1250 H Street, N.W.
Suite 850
Washington, DC 20005-3952
Telephone: (202) 833-8833
Facsimile: (202) 833-8831

Henry J. Price

Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415

1  **PRICE WAICUKAUSKI & RILEY, LLC**
2  The Hammond Block Building
   301 Massachusetts Avenue
3  Indianapolis, IN 46204
   Telephone: (317) 633-8787
4  Facsimile: (317) 633-8797

5  Roger C. Johnson
   **KOONZ, MCKENNEY, JOHNSON,**
6  **DEPAOLIS & LIGHTFOOT, L.L.P.**
7  2001 Pennsylvania Ave., N.W.
   Suite 450
8  Washington, DC 20006
   Telephone: (202) 659-5500
9  Facsimile: (202) 785-3719

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| DATED:  December 9, 2009 | **CORR, CRONIN, MICHELSON,<br>BAUMGARDNER & PREECE, LLP** |
| | /s/ Emily Brubaker<br>Emily Brubaker (CA State Bar No. 200695)<br>1001 Fourth Avenue<br>Suite 3900<br>Seattle, WA 98154-1051<br>Telephone: (206) 625-8600<br>Facsimile: (206) 625-0900 |
| | -- AND -- |
| | Christopher J. Koenigs (pro hac appl to be filed)<br>**SHERMAN & HOWARD LLC**<br>633 Seventeenth Street<br>Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 299-8458<br>Facsimile: (303) 298-0940 |
| | **ATTORNEYS FOR DEFENDANTS<br>QWEST COMMUNICATIONS, ET AL.** |

*Zelle, Hofmann, Voelbel, Mason & Gette LLP*
*500 Washington Avenue South – Suite 4000*
*Minneapolis, Minnesota, 55415*

|   |   |   |
|---|---|---|
| 1 | DATED:  December 9, 2009 | **ERIKSEN, ARBUTHNOT, KILDUFF,** |
| 2 |   | **DAY & LINDSTROM, INC.** |

 _/s/_ Charles Painter_____
Charles Painter
Timothy P. Dailey
100 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 483-5181
Facsimile: (916) 483-7558

**ATTORNEYS FOR DEFENDANTS**
**WILLIAMS COMMUNICATIONS, ET AL.**

*Zelle, Hofmann, Voelbel, Mason & Gette LLP*
*500 Washington Avenue South – Suite 4000*
*Minneapolis, Minnesota, 55415*

**ORDER**

The Court, having reviewed the parties' stipulation concerning the December 14, 2009 Status Conference, and for the reasons stated therein, finds that the relief requested by the parties should be granted.

IS THEREFORE ORDERED that the December 14, 2009 Status Conference is continued until at <u>February 22, 2010 at 2:00 p</u>.m., and the parties are ordered to file a joint status report no later than 14 calendar days prior to the hearing.

DATED:  December 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

**Regan, et al. v. Qwest Communications Intl., et al., Case No. S-01-0766 WBS JFM**
**And**
**Regan, et al., v. Williams Companies, et al., Case No. S-01-0779 WBS JFM**

I, Antesha Esteves, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Corr Cronin Michelson Baumgardner & Preece, LLP, at the address indicated, whose members are members of the State Bar of California and at least one of those members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service accompanies; and that on December 11, 2009, I served a true and correct copy of the following document(s) in the manner indicated below:

**1.    JOINT STIPULATION TO CONTINUE DECEMBER 14, 2009 STATUS CONFERENCE AND PROPOSED ORDER**

☒   **By USDC Live System-Document Filing System:**  on all interested parties registered for e-filing.

☐   **By US Mail:**  by placing the document(s) listed above in a sealed envelope, with first-class postage thereon fully prepaid, and depositing in Minneapolis, Minnesota, in the United States mail on the following parties, addressed as indicated:

Executed on December 11, 2009, in Seattle, Washington.

                                           s/Antesha Esteves
                                           Antesha Esteves

456 00001 jl092701

**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
500 Washington Avenue South – Suite 4000
Minneapolis, Minnesota, 55415