# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DIRK REGAN, et al., | Case No. S-01-0766 WBS JFM |
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT AND STIPULATED MOTION TO VACATE STATUS CONFERENCE AND STAY PROCEEDINGS** |
| QWEST COMMUNICATIONS INTERNATIONAL INC., et al., | |
| Defendants. | |

Upon review of all plaintiffs' and all defendants' Joint and Stipulated Motion to Vacate Status Conference and Stay Proceedings, and good cause appearing therefore, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The Scheduling Conference set for June 27, 2011, at 2:00 p.m. is vacated;

2. All proceedings in this action are stayed for a period of 120 days from the date of this Order; and

3. The parties shall submit a status report promptly after any ruling on the motion filed with the panel on multidistrict litigation, but in any event shall submit such a report within 90 days of the date of this Order.

DATED: June 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE